**Entered on Docket**
**January 03, 2011**

Hon. Gregg W. Zive
United States Bankruptcy Judge

1
2
3
4
5
6
7
8  NICHOLAS STROZZA, ASSISTANT U.S. TRUSTEE
   State Bar # CA 117234
9  WILLIAM B. COSSITT, #3484
   OFFICE OF THE UNITED STATES TRUSTEE
10 300 Booth Street, Room 3009
   Reno NV 89509
11 Telephone: (775) 784-5335
   Fax: (775) 784-5531
12
   Attorneys for Acting United States Trustee
13 August B. Landis

14              UNITED STATES BANKRUPTCY COURT

15                    DISTRICT OF NEVADA

16

17 In re:                          )   Case no: 10-54437-GWZ
                                    )   Chapter: 7
18 JOSEPH T. VAETH and             )
   LENORA M. VAETH                 )   **STIPULATION AND**
19                                 )   **ORDER DISMISSING**
                                    )   **CASE**
20                                 )
                                    )
21                                 )   Hearing Date:      n/a
                    Debtors        )   Hearing Time:      n/a
22

23         The Acting United States Trustee being prepared to file a motion to dismiss case

24 pursuant to 11 U.S.C. §707(b)(2) and/or (b)(3) for abuse, and the Debtors now desiring to

25 dismiss the case, the Acting United States Trustee through counsel and the Debtors

26 through their counsel, Kevin A. Darby, hereby stipulate to dismiss this case without

27 prejudice.

28

1

2   Dated:        December _____, 2010            December 28 , 2010
                  JOSEPH T. VAETH                 UNITED STATES TRUSTEE
3                 LENORA M. VAETH

4                 _____

5
                  By: Kevin A. Darby              By: William B. Cossitt
6                 Attorney for Debtors            Attorney for August B. Landis

7

8                 December _____, 2010
                  W. DONALD GIESEKE
9

10                _____

11                By: W. Donald Gieseke, Trustee

12

13                              ORDER

14          Pursuant to the above stipulation, and good cause appearing:

15          IT IS HEREBY ORDERED that the case of Joseph T. Vaeth and Lenora M. Vaeth,

16   case no. 10-54437-GWZ, is Dismissed without prejudice.

17

18

19

20

21

22

23

24

25

26

27

28

1

2  Dated:       December_____, 2010              December_____, 2010
              JOSEPH T. VAETH                   UNITED STATES TRUSTEE
3             LENORA M. VAETH

4
              _____         _____
5             By: Kevin A. Darby                By: William B. Cossitt
6             Attorney for Debtors              Attorney for August B. Landis

7

8             December _____, 2010
              W. DONALD GIESEKE
9

10            _____

11            By: W. Donald Gieseke, Trustee

12

13                              ORDER

14        Pursuant to the above stipulation, and good cause appearing:

15        IT IS HEREBY ORDERED that the case of Joseph T. Vaeth and Lenora M. Vaeth,

16  case no. 10-54437-GWZ, is Dismissed without prejudice.

17

18

19

20

21

22

23

24

25

26

27

28

1

2  Dated:       December _____, 2010              December_____, 2010
            JOSEPH T. VAETH                       UNITED STATES TRUSTEE
3           LENORA M. VAETH

4

5           _____              _____

6           By: Kevin A. Darby                   By: William B. Cossitt
            Attorney for Debtors                 Attorney for August B. Landis
7

8           December _____, 2010
            W. DONALD GIESEKE
9

10          /s/ W. Donald Gieseke

11          By: W. Donald Gieseke, Trustee

12

13                              ORDER

14       Pursuant to the above stipulation, and good cause appearing:

15       IT IS HEREBY ORDERED that the case of Joseph T. Vaeth and Lenora M. Vaeth,

16  case no. 10-54437-GWZ, is Dismissed without prejudice.

17

18                              ###

19

20

21

22

23

24

25

26

27

28